IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br>v.<br><br>Whirlybird Helicopters,<br><br>                      Defendant. | ORDER TO SHOW CAUSE<br><br>Case No. 1:15-cv-00093-BCW<br><br>District Judge<br><br>Magistrate Judge Brooke Wells |

The Complaint in this case was filed on July 23, 2015.[1] The Answer was due on January 4, 2016.[2] No Answer has been filed and there has been no activity in this case. Plaintiff is hereby ordered to notify the Court of its intentions to proceed with this case and show cause why the above captioned case should not be dismissed. Plaintiff is directed to respond in writing within 14 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

        DATED this 14 April 2016.

                                        Brooke C. Wells
                                        United States Magistrate Judge

---

[1] Docket no. 2.

[2] Docket no. 5.