JOHN W. HUBER, United States Attorney (#7226)
AMANDA A. BERNDT, Assistant United States Attorney (#15370)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: amanda.berndt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WHIRLYBIRD HELICOPTERS, LLC, Defendant. | Case No. 1:15-cv-00093-BCW **MOTION FOR CLERK'S ENTRY OF DEFAULT** Judge Brooke C. Wells |
|---|---|

Under FED. R. CIV. P. 55(a) and 55(b)(1), the United States of America, through the undersigned Assistant United States Attorney, hereby requests entry of default against Defendant in the amount of $55,125.00 for its failure to answer or otherwise defend against this action. In support of this Motion, the United States provides the following facts:

1. The complaint in this matter was filed on July 23, 2015. Docket No. 2.

2. Defendant was served with a copy of the summons and complaint on October 24, 2015, as reflected on the docket sheet by the waiver of service filed on November 9, 2015. Docket No. 4.

3. An answer to the complaint was due on January 4, 2016. Docket No. 5.

4. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

WHEREFORE, the United States prays that the Clerk of the Court enter default judgment against Defendant in the amount of $55,125.00.

Dated April 15, 2016.

/s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a true and accurate copy of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT was sent via United States mail to all parties named below on the 15th day of April, 2016.

    Adam Wilkerson, CEO
    Whirlybird Helicopters, LLC
    2478 South 5175 West
    Roy, UT  84067

/s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant U.S. Attorney